```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
RDPA, LLC,                                                           :
                                                                     :
                              Plaintiff,                             :
                                                                     :   20-cv-3573 (LJL)
            -v-                                                      :
                                                                     :   ORDER
GEOPATH, INC.,                                                       :
                                                                     :
                              Defendant.                             :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The parties appeared for a status conference on October 13, 2020.  As ordered at the conference, Defendant shall make its motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) and motion for a stay of discovery by October 27, 2020.  Plaintiff shall respond by November 17, 2020.  Defendant will have until November 30, 2020 to reply to Plaintiff's response in opposition to the motion to dismiss.  There will be no reply on the motion for a stay of discovery.

      The initial pre-trial conference is adjourned *sine die* until after receipt of the motion papers.

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                          United States District Judge