UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RDPA, LLC,

                    Plaintiff,

     -against-                                20 CIVIL 3573 (LJL)

                                               **JUDGMENT**

GEOPATH, INC.,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2021, Geopath's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        June 16, 2021

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                     **BY:**
                                                                **Deputy Clerk**